Mary E. Calkins, as administratrix, etc., against James M. Hart. No opinion. Judgment and order affirmed, with costs.

CAMALDA, Respondent, v. RUTLAND R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Vincenza Camalda, as administratrix, etc., against the Rutland Railroad Company. Martin Gilligan, for appellant. R. Maggio, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CARNEY, Appellant, v. PENN REALTY CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by Joseph P. Carney against the Penn Realty Company. No opinion. Judgment affirmed, with costs.

CARRAN v. OPPENHEIMER. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Robert I. Carran against August Oppenheimer. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

CASE v. WALTER et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Frank M. Case, Jr., against Eugene Walter and others. No opinion. Motion granted, without costs. Order filed. See, also, 147 N. Y. Supp. 1102.

CASEY, Appellant, v. GANNON et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 11, 1914.) Action by John J. Casey against Frank S. Gannon and another, as executors, etc. No opinion. Motion denied, without costs.

CASSIDY, Appellant, v. DEVOY, County Clerk, Respondent. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) In the matter of the application of Joseph Cassidy, for a writ of mandamus against Charles S. Devoy, Clerk of the County of Kings. No opinion. Order reversed, with $10 costs and disbursements, and motion for a peremptory writ of mandamus granted, with $25 costs on authority of Willett v. Devoy, 148 N. Y. Supp. 1002, decided herewith.

CHALMERS v. MURPHY et al. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Harry B. Chalmers against Franklin Murphy and others. H. E. White, of New York City, for appellants. H. A. Content, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 146 N. Y. Supp. 1086.

CHAPMAN, Respondent, v. GLOBE MALLE-ABLE IRON & STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Fred B. Chapman against the Globe Malleable Iron & Steel Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence on the questions of defendant's negligence and plaintiff's freedom from contributory negligence.

KRUSE, P. J., dissents.

CHARLES, Respondent, v. LEONARD, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Adelaide W. Charles, as sole executrix, etc., against George B. Leonard. No opinion. Motion denied, with leave to renew after the action has been revived against the personal representatives of the deceased defendant. See, also, 155 App. Div. 919, 140 N. Y. Supp. 1113.

CHAUCOIS, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Frederic A. Chaucois, trading under the name of Frederic A. Chaucois & Co., against Wilber Miller. No opinion. Order unanimously affirmed, with costs.

CITY OF NEW YORK, Respondent, v. BLEECKER ST. & F. F. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by the City of New York against the Bleecker Street & Fulton Ferry Railroad Company. H. J. Smith, of New York City, for appellant. W. E. C. Mayer, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CLARK, Respondent, v. CLARK, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Mary L. Clark against James M. Clark and the Hudson Iron Company. No opinion. Appeal withdrawn, on condition that within 10 days after the entry of this order the appellant pay the costs and disbursements of said appeal as taxed to each of the respondents; in default thereof, the motion to withdraw the appeal is denied. See, also, 157 App. Div. 929, 142 N. Y. Supp. 1113.

CLARK, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Michael Clark against James F. Williams. No opinion. Judgment and order of the County Court of Dutchess County affirmed, with costs.

CLEARY, Appellant, v. R. E. DIETZ CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by George P. Cleary against the R. E. Dietz Company.

PER CURIAM. The Justices qualified to sit in this appeal being equally divided and unable to render a decision herein, the same is ordered transferred to the Appellate Division,